Cause #1440238 *clerk* 01.15.00627.CR

D'Angelo Cordell Middlebrooks
Harris County 178th District Courtroom
Judge David Mendoza

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

DEC 21 2015

CHRISTOPHER A PRINE
CLERK

To whom this may concern, I have been
recently sentenced to 26 years confinement
on May 15th, 2015 of the said court. I am
currently on my direct appeal which I was
sent back to court on July 1st, 2015. Since
then I haven't heard from my appellate
attorney. I do not know who he or she is.
I will like to recieve an update on my
appeal status.

Thank You



NORTH HOUSTON TX 772

18 DEC 2015 PM 3 L

FOREVER

Appeals    (14th court)

St. Rm 245

77002



PRIVILEGED
NOT INSPEC
DEPARTMENT
JUSTICE · CC
INSTITUTION

Cause # 1440238

D'Angelo Cordell Middlebrooks
Harris County #178th district court
Judge David Mendoza

01-15-00627-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 21 2015

CHRISTOPHER A. PRINE
CLERK

To whom this may concern, I have been recently sentenced to 26 years confinement on May 15th, 2015 of the said court. I am currently on my direct appeal which I was called back to court on July 1st, 2015. Since then I haven't heard from my appeal attorney. I do not know who he or she is. I will like to get an update on my appeal status.

Thanks



D'Angelo Middlebrooks
#02012333 Cell-F3-26
295 IH-45 North
Huntsville, Tx 77320

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 21 2015

CHRISTOPHER A. PRINE
CLERK

770022066 99

NORTH HOUSTON TX

18 DEC 2015 PM 2

Court of Appeals
301 Fannin St. Rm 208
Houston, Tx 77002    (1st Court)

FOREVER USA



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION